IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12-CV-323-bbc |
| ) | |
| DANZ CUSTOM HOMES, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFAULT JUDGMENT**

It appearing by the declaration of counsel for the plaintiff that the defendant has failed to appear, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure, the defendant's default is hereby entered.

A default having been entered against the defendant, and counsel for the plaintiff having requested judgment against the defaulted defendant and having filed a proper declaration in all accordance with Rule 55 of the Federal Rules of Civil Procedure;

Judgment is rendered in favor of the plaintiff, United States of America, and against the defendant, Danz Custom Homes, LLC, as follows:

| | |
|---|---|
| Principal | $4,086.96 |
| Interest | $ 119.20 |
| Administrative Fee | $ 10.00 |
| DOJ Fee | $ 173.38 |
| DMS Fee | $1,226.30 |

    Penalties      $ 163.48

    TOTAL      $5,779.32

a civil filing fee of $350.00, a U.S. Marshal fee of $89.64, plus interest on the judgment at the legal rate until satisfaction of the debt.

Dated this 29th day of August, 2012.

*Peter Oppeneer*
PETER OPPENEER
Clerk of Court

Dated this _____ day of _____, 2012.

PETER OPPENEER
Clerk of Court

By: _____
Deputy Clerk of Court