IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANZ CUSTOM HOMES, LLC,

    Defendant.

Case No. 12-CV-323-bbc

## ORDER GRANTING MOTION TO COMPEL ANSWERS TO INTERROGATORI[ES] AND REQUEST FOR PRODUCTION OF DOCUMENTS

Upon consideration of the motion of the United States and pursuant to Rule 37 of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that the defendant Danz Custom Homes, LLC serve on the plaintiff answers to the plaintiff's written interrogatories and request for production of documents on or before December 1, 2014.

Dated this 29th day of OCTOBER, 2014.

BY THE COURT:

_____
STEPHEN L. CROCKER
United States Magistrate Judge